No. 895, Misc. BROUGHTON v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 903, Misc. SLAUGHTER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, for respondent.

No. 974, Misc. SMITH v. SETTLE, WARDEN. C. A. 8th Cir. Certiorari denied. , Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 1020, Misc. PUGH v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se.* *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 1074, Misc. STONE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles L. Abernethy, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 1112, Misc. BANTZ v. KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1129, Misc. BERRY v. STATE BOARD OF PAROLE OF COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 1130, Misc. HUNTER v. MYERS, WARDEN. C. A. 3d Cir. Certiorari denied.